**Opinion issued October 15, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-19-00410-CV

————————————

**ALESIA ANNETTE YOUNG, Appellant**

**V.**

**SEVERINO FAMILY LLC, Appellee**

---

**On Appeal from the County Civil Court at Law No. 1
Harris County, Texas
Trial Court Case No. 1132750**

---

## MEMORANDUM OPINION

Appellant, Alesia Annette Young, has failed to timely file a brief. *See* Tex.

R. App. P. 38.6(a), 38.8(a). After being notified that this appeal was subject to

dismissal, appellant did not adequately respond. *See* Tex. R. App. P. 42.3(b).

We dismiss the appeal for want of prosecution for failure to timely file a brief.

We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Keyes and Lloyd.